**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BILLY MACK NICHOLS, JR.**                                                                **PLAINTIFF**
**ADC # 092713**

v.                              **CASE NO. 5:14CV00448 BSM**

**SONYA PEPPERS, Doctor,**
**Tucker Maximum Security Unit, et al.**                                              **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Thomas J. Ray and plaintiff's objections thereto have been received. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed with his inadequate medical care claims against defendant Sonya Peppers.

2. The clerk of court shall prepare summons for defendant Peppers and the United States Marshal shall serve a copy of the complaint [Doc. No. 3] and summons on her without prepayment of fees and costs or security.

3. Defendants Marvin Hughey and Alva M. Green are dismissed without prejudice for failure to state a claim upon which relief can be granted.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this order would not be taken in good faith.

      5.      Plaintiff's motion to amend/correct his objection [Doc. No. 28] is denied as moot.

      IT IS SO ORDERED this 9th day of July 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE