**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BILLY MACK NICHOLS, JR.**                                          **PLAINTIFF**
**ADC #092713**

**v.**            **CASE NO. 5:14CV00448 BSM/JTR**

**SONYA PEPPERS-DAVIS, Doctor,
Tucker Maximum Security Unit, et al.**                         **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that plaintiff Nichols's motion for preliminary injunction [Doc. No. 57] is denied.

IT IS SO ORDERED this 7th day of December 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE